# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3267

_____

Sonia Floridalma Perez Matias,    *
                                         *

         Petitioner,           *

                           *   Petition for Review of
    v.                       *   an Order of the Board
                           *   of Immigration Appeals.

Eric H. Holder, Jr., Attorney General   *
of the United States,              *    [UNPUBLISHED]

                           *

        Respondent.        *

_____

Submitted: May 4, 2011
Filed: May 9, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Ms. Sonia Floridalma Perez Matias petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum and withholding of removal. We lack jurisdiction to review the determination that Ms. Matias's asylum application was barred as untimely filed. See 8 U.S.C. § 1158(a)(3); Ngure v. Ashcroft, 367 F.3d 975, 989 (8th Cir. 2004). After careful review, we conclude the denial of withholding of removal is supported by substantial evidence in the record because Ms. Matias did not meet her burden to show a "clear probability" that she would face persecution on account of a protected

ground if she were returned to Guatemala.  See Ming Ming Wijono v. Gonzales, 439 F.3d 868, 872, 874 (8th Cir. 2006) (standard of review).

Accordingly, we deny the petition for review.

_____